IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–153–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA JOHN WELLIVER, | |
| Defendant. | |

Before the Court is the government's Unopposed Motion for Dismissal of Forfeiture Proceedings. (Doc. 40.) The United States explains that the Bureau of Alcohol, Tobacco, Firearms, and Explosives has completed its administrative forfeiture proceedings, and the government has no further interest in pursuing judicial forfeiture. (*Id.* at 3.)

Accordingly, IT IS ORDERED that the motion (Doc. 40) is GRANTED, and the forfeiture action in this case is DISMISSED WITH PREJUDICE.

DATED this 15th day of October, 2020.

_____
Dana L. Christensen, District Judge
United States District Court

1